UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SUMI ITO EISCHEN,<br><br>                              Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 19CV0804-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

On May 1, 2019, plaintiff Judy Sumi Ito Eischen commenced an action against Nancy A. Berryhill, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. [Doc. No. 3.] The Application is in the form of an affidavit. [*Id.*]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's affidavit states that she is unemployed and has limited income and assets. Her only income is public-assistance food stamps, in the amount of $193 per month. [Doc. No. 3, p. 2.] Her only assets are a checking account with a balance of $10 and a 1997 Toyota Camry valued at $5,000. [*Id.*, pp. 2-3.] Her monthly expenses, which include food and insurance total $400. [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently shows that she lacks the financial resources to pay her filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint in forma pauperis is GRANTED. [Doc. No. 3.]

Dated: May 3, 2019

Hon. Karen S. Crawford
United States Magistrate Judge